# Court of Appeals
# of the State of Georgia

ATLANTA, June 19, 2019

*The Court of Appeals hereby passes the following order:*

**A19E0059. THE STATE v. BATTLE.**

Upon consideration of the State's emergency motion to stay proceedings in superior court, and pursuant to this Court Rule 40, the State's motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 06/19/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*